I.D. 6305036 File No. 3900-782

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | | |
|---|---|---|
| **J&J SPORTS PRODUCTIONS, INC.** | ) | |
| **Plaintiff(s),** | ) | |
| **v.** | ) | **No. 2020-cv-02121** |
| | ) | |
| **CHARLES E. BURNS, JR., indv. and d/b/a PORTAGE THEATER d/b/a PORTAGE THEATER MANAGEMENT, INC. and PORTAGE THEATER MANAGEMENT, INC. and CHRISTOPHER BAUMAN, indv. and d/b/a PATIO THEATER CHICAGO, LLC. d/b/a BCL-4050 MILWAUKEE, LLC. d/b/a BCL-APARTMENTS, LLC. and PATIO THEATER CHICAGO, LLC. d/b/a BCL-4050 MILWAUKEE, LLC. d/b/a BCL-APARTMENTS, LLC.** | ) | |
| **Defendant(s).** | ) | |

**PLAINTIFF'S MOTION TO CONTINUE MOTION FOR DEFAULT JUDGMENT AGAINST ONE OF THE DEFENDANTS AND PROCEED WITH ENTRY OF DEFAULT JUDGMENT AGAINST THE REMAINING DEFENDANTS**

**NOW COMES** the Plaintiff, J & J SPORTS PRODUCTIONS, INC., by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and respectfully requests that this Court enter an Order Continuing the Motion for Default Against CHRISTOPHER BAUMAN, indv. and d/b/a PATIO THEATER CHICAGO, LLC. d/b/a BCL-4050 MILWAUKEE, LLC. d/b/a BCL-APARTMENTS, LLC. and PATIO THEATER CHICAGO, LLC. d/b/a BCL-4050 MILWAUKEE, LLC. d/b/a BCL-APARTMENTS, LLC. ("Bauman") and proceeding with a default judgment against the remaining Defendants, CHARLES E. BURNS, JR., indv. and d/b/a PORTAGE THEATER d/b/a PORTAGE THEATER MANAGEMENT, INC. and PORTAGE THEATER MANAGEMENT, INC. (collectively "Portage Theater Defendants"), and in support

thereof, states as follows:

1. On April 3, 2020, the Complaint (Dkt. #1) in this matter was filed in the Northern District of Illinois, and this is a commercial piracy case arising out of the alleged unlawful interception, receipt and/or publication of Plaintiff's Program, *"The Fight of the Century" Floyd Mayweather, Jr. v. Manny Pacquiao Championship Fight Program,* which took place on May 2, 2015 (this included all under-card bout and fight commentary encompassed in the television broadcast of the event, hereinafter referred to as the "Program").

2. On August 18, 2020, Plaintiff filed a Motion for Default Judgment against all Defendants. (Dkt. #22).

3. The Motion was scheduled for presentment and hearing on September 17, 2020.

4. On August 19, 2020, this Court entered an order confirming the September 17, 2020 hearing date, but ordering the Plaintiff to File a prove-up affidavit.

5. Plaintiff does not believe that a prove-up affidavit is required in this case, as the Motion for Default Judgment, as well as the affidavits and documents attached thereto, sufficiently establish the statutory damages to which the Plaintiff is entitled in this Case.

6. Following the filing of the Motion for Default Judgment, Bauman reached out to Plaintiff's counsel and the Parties are in discussions regarding potential dismissal of Bauman from the Case.

7. Accordingly, Plaintiff hereby requests that the Motion against Bauman is Continued and that the Motion against the Portage Theater Defendants is Granted.

8. In the alternative, the Plaintiff requests clarification as to what the Plaintiff's prove-up affidavit needs to establish, with respect to the damages requested in its Motion for Default Judgment.

**WHEREFORE**, the Plaintiff, J & J SPORTS PRODUCTIONS, INC., respectfully prays this Honorable Court for the entry of an Order granting the following:

a. Continuing the Motion for Default Judgment against Defendant, CHRISTOPHER BAUMAN, indv. and d/b/a PATIO THEATER CHICAGO, LLC. d/b/a BCL-4050 MILWAUKEE, LLC. d/b/a BCL-APARTMENTS, LLC. and PATIO THEATER CHICAGO, LLC. d/b/a BCL-4050 MILWAUKEE, LLC. d/b/a BCL-APARTMENTS, LLC.;

b. Entering a Default Judgment against Defendants, CHARLES E. BURNS, JR., indv. and d/b/a PORTAGE THEATER d/b/a PORTAGE THEATER MANAGEMENT, INC. and PORTAGE THEATER MANAGEMENT, INC.

c. In the alternative, clarifying what is being requested in the prove-up affidavit.

d. And granting such other and further relief as this Court deems appropriate.

Respectfully submitted,

J & J SPORTS PRODUCTIONS, INC.

By: Boris G. Samovalov
One of Plaintiff's Attorneys

ZANE D. SMITH & ASSOCIATES, LTD.
111 W. Washington Street, Suite 1750
Chicago, Illinois 60602
Phone: (312) 245-0031
Attorney I.D. 6305036

**CERTIFICATE OF SERVICE**

I, Boris G. Samovalov, on oath state that a true and correct copy of this document was electronically filed with the Clerk of the Court on September 3, 2020 using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

/s/ Boris G. Samovalov