I.D. 6305036 File No. 3900-782

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | | |
|---|---|---|
| **J&J SPORTS PRODUCTIONS, INC.** | ) | |
| **Plaintiff(s),** | ) | |
| | ) | **No. 2020-cv-02121** |
| | ) | |
| **CHARLES E. BURNS, JR., indv. and d/b/a** | ) | |
| **PORTAGE THEATER d/b/a PORTAGE** | ) | |
| **THEATER MANAGEMENT,** | ) | |
| **INC. and PORTAGE THEATER** | ) | |
| **MANAGEMENT, INC.** | | |
| | ) | |
| **Defendant(s).** | ) | |

**JUDGMENT ORDER**

This matter coming to be heard on Plaintiff's Motion for Entry of a Default Judgment, this Court being fully advised, IT IS HEREBY ORDERED THAT:

1. Plaintiff's, J&J SPORTS PRODUCTIONS, INC.'s (the "Plaintiff"), Motion for Default Judgment is granted, based on the Defendants', CHARLES E. BURNS, JR., indv. and d/b/a PORTAGE THEATER d/b/a PORTAGE THEATER MANAGEMENT, INC. and PORTAGE THEATER MANAGEMENT, INC. (the "Defendants"), failure to timely appear and answer the allegations in the Plaintiff's Complaint.

2. Default Judgment in the total amount of $113,317.50 is hereby entered against the Defendants, which judgment breaks down as follows: a. $90,000.00 in statutory liquidated damages; b. $3,317.50 in reasonable attorneys' fees and costs; and c. $20,000.00 in deterrence factor damages.

DATE: September 14, 2020

ENTERED: Marvin E. Aspen

Marvin E. Aspen, U.S. District Judge

Prepared by:
Boris G. Samovalov – ARDC#6305036
Zane D. Smith & Associates, Ltd.
111 W. Washington St., Suite 1750
Chicago, IL 60602
312.245.0031
boris@zanesmith.com